[No. 71547-0-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE ALLEN JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01658-8, Michael T. Downes, J., entered January 22, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 71766-9-I. Division One. November 16, 2015.]

THE CITY OF RENTON, *Respondent*, v. ROBIN D. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32475-0, Bill Bowman, J., entered February 21, 2014. *Dismissed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Leach, J.

[No. 71856-8-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN SASSEN VANELSLOO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-01368-6, Deborra Garrett, J., entered April 18, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Cox and Dwyer, JJ.

[No. 71907-6-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JESUS SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06906-5, Richard McDermott, J., entered May 6, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Leach, J.